



**NYSCEF**
Suffolk County Supreme Court

**Document List**
**Index #  602742/2017**

Created on: 06/30/2017 02:38 PM

Case Caption:   **COLEEN BONTI - v. - PORTFOLIO RECOVERY ASSOCIATES, LLC**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 02/10/2017 | Pashkin, M. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 06/05/2017 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) Defendant Portfolio Recovery Associates, LLC's Notice of Filing Notice of Removal | Processed | 06/30/2017 | Genovese, A. |



FILED
OFFICE
RT E.D.N.Y.

JUL -5 2017   ★

OFFICE